**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jacinta Yrkoski, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| McLean County; Dakota Central Human Service Zone; and North Dakota Department of Health and Human Services, | ) | |
| | ) | Case No. 1:26-cv-255 |
| Defendants. | ) | |

---

**IT IS ORDERED**:

A mid-discovery status conference will be held on February 16, 2027, at 10:30 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 6th day of October, 2026.

*<u>/s/ Clare R. Hochhalter</u>*
Clare R. Hochhalter, Magistrate Judge
United States District Court